No. 87–5666. HIGH v. ZANT, WARDEN. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition and case set for oral argument in tandem with No. 87–6026, *Wilkins* v. *Missouri,* immediately *infra.*

No. 87–6026. WILKINS v. MISSOURI. Sup. Ct. Mo. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition and case set for oral argument in tandem with No. 87–5666, *High* v. *Zant, Warden,* immediately *supra.*

No. 87–6177. PENRY v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Questions 1 and 2 presented by the petition.

No. 85–1529. GRUMMAN AEROSPACE CORP. v. SHAW. C. A. 11th Cir. Certiorari denied.

No. 86–379. DOWD ET AL. v. TEXTRON, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–674. TOZER ET AL. v. LTV CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–678. SILVESTRI v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 86–966. BECK ET AL. v. COMMUNICATIONS WORKERS OF AMERICA ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–1386. SALGADO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 86–1573. CONNER AIR LINES, INC. v. FEDERAL AVIATION ADMINISTRATION. C. A. 11th Cir. Certiorari denied.